## Commonwealth *v.* O'Neill, Appellant.

Submitted December 6, 1973. *Rudolph S. Pallastrone,* for appellant; *Philip J. O'Malley* and *Ralph B. D'Iorio,* As-

sistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.